UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES-GENERAL

Case No. CV 17-8802-CAS (PLA)                                    Date April 24, 2018

Title:   Edwin D. Jones v. J. Cabiladas, et al.

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS                ☐ U.S. DISTRICT JUDGE
                                                       ☒ MAGISTRATE JUDGE

   Christianna Howard              N/A                         N/A
   Deputy Clerk              Court Reporter / Recorder        Tape No.

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
           NONE                                         NONE

**PROCEEDINGS:** **(IN CHAMBERS)**

Pursuant to this Court's Order of December 12, 2017, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by January 11, 2018). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than May 15, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **May 15, 2018**, shall be deemed compliance with this Order to Show Cause.

cc:    Edwin D. Jones, Pro Se
       Audra C. Call, CAAG

                                                        Initials of Deputy Clerk    ch

CV-90 (10/98)                         CIVIL  MINUTES  -  GENERAL