# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No.: CV 17-8802-CAS (PLA)**                    **Date: April 22, 2019**

**Title:   Edwin D. Jones v. J. Cabiladas, et al.**

-------------------------------------------------------------------------------------------

**PRESENT:  THE HONORABLE     PAUL L. ABRAMS**
### UNITED STATES MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| NONE | NONE |

**PROCEEDINGS:        (IN CHAMBERS)**

Pursuant to this Court's Order of December 20, 2018, each party was ordered to file a Status Report no later than March 22, 2019.  To date, plaintiff's Status Report has not been filed with the Court.  Accordingly, **no later than May 6, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and comply with a Court Order.  Filing of the Status Report by plaintiff on or before **May 6, 2019**, shall be deemed compliance with this Order to Show Cause.

cc:     Edwin D. Jones, pro se
        Audra C. Call, CAAG

Initials of Deputy Clerk _____ch_____