IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN D. JONES,** | Case No. CV17-8802 CAS (PLA) |
| Plaintiff, | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41 (a)(1)(A)(ii))** |
| v. | |
| **J. CABILADAS, et al.,** | |
| Defendants. | |

Based on the Stipulation for Voluntary Dismissal entered into by and between Plaintiff and Defendants ("the Stipulation") and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved;

2. Pursuant to the parties' Stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice with each party to bear their own

/

/

/

attorney's fees and costs. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO RECOMMENDED.

Dated: February 26, 2020

_____
Hon. Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.

Dated: February 26, 2020

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE